The People of the State of New York, Respondent,
against
Steven Jackson, Defendant-Appellant.




Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx County (Laurence E. Busching, J.), rendered March 30, 2016, after a nonjury trial, convicting him of harassment in the second degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Laurence E. Busching, J.), rendered March 30, 2016, affirmed.
The verdict convicting defendant of second-degree harassment (see Penal Law 240.26[1]) was supported by legally sufficient evidence and was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]). There is no basis upon which to disturb the court's determinations concerning credibility, including its rejection of defendant's testimony. The People's proof demonstrated that during a domestic dispute, defendant grabbed complainant by her arms for 15-20 seconds before pushing her into a kitchen counter. Defendant's intent to "harass, annoy or alarm" (Penal Law § 240.26) can be inferred from his course of conduct (see People v Mack, 76 AD3d 467, 468 [2010], lv denied 15 NY3d 922 [2010]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur
Decision Date: December 20, 2019